40 So.2d 886

### CRESCENT AMUSEMENT CO., Inc. v. Joe R. SCOTT.
### 7 Div. 11.

Supreme Court of Alabama.
May 26, 1949.

FOSTER, Justice.
Petition of Joe R. Scott for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Crescent Amusement Co., Inc. v. Scott, 40 So.2d 882.

We have examined the petition for certiorari in connection with the opinion of the Court of Appeals and we are of the opinion that the petition is without merit.

Writ denied.

BROWN, LAWSON and STAKELY, JJ., concur.

40 So.2d 737

### John J. PROSSER v. Harry C. BAILES.
### 8 Div. 510.

Supreme Court of Alabama.
May 26, 1949.

Julian Harris and Norman W. Harris, of Decatur, for petitioner.

Joe L. Payne, of Huntsville, opposed.

LAWSON, Justice.
Petition of John J. Prosser for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in the case of Prosser **v.** Bailes, 40 So.2d 731.

Writ denied.

BROWN, FOSTER, and STAKELY, JJ., concur.